UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCELMO CARRILLO-CARRILLO,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, U.S. Attorney General, et al.,<br><br>Respondents. | Case No.: 26-CV-2260 JLS (VET)<br><br>**ORDER REFERRING PETITION TO FEDERAL DEFENDERS FOR EVALUATION REGARDING APPOINTMENT OF COUNSEL AND DENYING AS MOOT MOTION TO APPOINT COUNSEL**<br><br>(ECF Nos. 1, 3) |

Presently before the Court is Petitioner Ancelmo Carrillo-Carrillo's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1) and Motion to Appoint Counsel (ECF No. 3). Petitioner alleges that he has been detained by the United States Department of Homeland Security's Immigration and Customs Enforcement division at the Otay Mesa Detention Center. Pet. at 2.

The Court **ORDERS** as follows:

(1)     The Court **REFERS** this Petition to Federal Defenders for an evaluation of whether appointment of counsel would be beneficial to Petitioner. The Court requests that Federal Defenders make its evaluation and file a status report or appropriate motion, i.e., filing an amended petition, by May 4, 2026.

26-CV-2260 JLS (VET)

(2)    The Clerk of the Court **SHALL SERVE** a copy of this Order and the Petition on the Federal Defenders of San Diego, Inc.

(3)    To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside of the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

(4)    The Court **DENIES AS MOOT** Plaintiff's Motion to Appoint Counsel (ECF No. 3).

**IT IS SO ORDERED.**

Dated:  April 13, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-2260 JLS (VET)