UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANCELMO CARRILLO-CARILLO,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, Acting Attorney General, et al.,<br><br>Respondents. | Case No.: 26-CV-2260 JLS (VET)<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL**<br><br>(ECF Nos. 2, 8) |

Presently before the Court is Petitioner's Notice of Voluntary Dismissal ("Not.," ECF No. 8). Petitioner has voluntarily dismissed without prejudice his habeas petition under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Not. at 1. Therefore, the Court **DISMISSES** this matter **WITHOUT PREJUDICE**. Petitioner's Motion for Temporary Restraining Order (ECF No. 2) is **DENIED AS MOOT**. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

    **IT IS SO ORDERED.**

Dated: April 27, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

26-CV-2260 JLS (VET)